ORIGINAL

FILED
MAR 6 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

Klinge Corporation,

Plaintiff,

v.

United States of America,

Defendant.

No. 08-134 C

**MOTION FOR LEAVE TO FILE A COMPLAINT UNDER SEAL**

Plaintiff, Klinge Corporation ("Klinge"), by its undersigned counsel, respectfully moves this Court for Leave to File A Complaint Under Seal. The Complaint is Klinge's initial pleading before the Court, and it is intended to initiate a bid protest action, challenging the actions of the Defendant, the United States, its officers, agents, and employees, including the U.S. Marine Corps Systems Command ("the agency"). Specifically, the bid protest challenges the agency's award of a contract to Sea Box, Inc. ("Sea Box") under Solicitation No. M67854-07-R-5060 ("the Contract").

The agency's award of the Contract to Sea Box was the subject of a bid protest before the Government Accountability Office ("GAO") bearing Case No. B-309930.2. The GAO denied the protest in an unpublished decision dated February 13, 2008. During the course of the proceedings before the GAO, the GAO issued a Protective Order because the protest involved the agency's source selection information as well as the proprietary and business confidential information of both Klinge, the protester, and Sea Box, the awardee/intervenor.

It is anticipated that the proceedings before the Court will require an examination of the same information. As such, counsel for Klinge has obtained leave from the GAO to release such

information for use in these proceedings, provided that Klinge files such information under seal and obtains a Protective Order from the Court, which Klinge intends to request.

Klinge's Complaint is concurrently filed herewith, along with a Motion for A Temporary Restraining Order and A Preliminary Injunction, which is supported by a Memorandum of Points and Authorities and Appendix. The protected information in such filings has been highlighted. Additionally, redacted versions are also supplied herewith.

WHEREFORE, Klinge respectfully requests that the Court grant is Motion for Leave to File A Complaint Under Seal.

Respectfully Submitted,

Dated: March 6, 2008

By: Richard P. Rector by Samuel B. Knowles

Richard P. Rector
Samuel B. Knowles
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: 202.799.4000
Facsimile: 202.799.5000

Counsel for Plaintiff

Of Counsel:

Seamus Curley
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: 202.799.4403
Facsimile: 202.799.5403