IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLINGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-134C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Christopher L. Krafchek, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Christopher L. Krafchek
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12076
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 305-0041
FACSIMILE: (202) 514-8624
E-mail: Christopher.Krafchek@usdoj.gov

Dated: March 6, 2008

CERTIFICATE OF FILING

I hereby certify that on March 6, 2008, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Christopher L. Krafchek