# In the United States Court of Federal Claims

No. 08-134C
(Filed: March 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's motion for a temporary restraining order and a preliminary injunction. During the status conference held on March 7, 2008, defendant's counsel represented that the Agency agrees to voluntarily stay procurement proceedings in the underlying award through April 11, 2008. Based on that representation, plaintiff's motion is denied without prejudice.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge