# In the United States Court of Federal Claims

No. 08-134C
(Filed: March 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

The following schedule for resolution on the merits is ordered:

1. Defendant shall file the Administrative Record on March 11, 2008. The Administrative Record shall be filed in the form of a compact disc.

2. Plaintiff shall file its motion for judgment on the administrative record on or before March 20, 2008.

3. Defendant shall file its response and cross-motion on or before March 31, 2008.

4. Plaintiff shall file its reply on or before April 4, 2008.

5. Oral argument will be held on April 10, 2008, at 10:00 am at the National Courts Building, 717 Madison Place N.W., Washington, DC 20005. Counsel shall appear in person.

It may become apparent from the briefing that additional discovery is necessary to supplement the record; that issue is reserved for future consideration.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge