**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-134C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court's March 7, 2008 Order, defendant hereby provides notice that it is filing the administrative record of the proceedings in the above-captioned bid protest on CD-ROM. Copies of the CD-ROM will be provided to plaintiff and counsel for the agency.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
National Courts Section
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

March 11, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 11th day of March, 2008, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek

**INDEX TO ADMINISTRATIVE RECORD**

1. Source Selection Plan - Large Field Refrigeration Systems (March 30, 2007).

2. Market Research Report (without appendices & undated).

3. Request For Proposals No. M67854-07-R-5060 (April 10, 2007).

4. Amendment No. 1 to Request For Proposals No. M67854-07-R-5060 (April 18, 2007)

5. Performance Specification for Large Field Refrigeration Systems (undated).

6. Amendment No. 2 to Request For Proposals No. M67854-07-R-5060 (May 10, 2007).

7. Verification Methods for Large Field Refrigeration Systems (undated).

8. Initial Proposal of Sea Box, Inc. with attachments (May 30, 2007).

9. Initial Proposal of Klinge Corporation with attachments (May 30, 2007).

10. Source Selection Evaluation Team Initial Findings and Results Report (June 12, 2007).

11. Past Performance Evaluation Response Tabulation Report (June 12, 2007)

12. Price Evaluation Report (undated).

13. Technical Evaluation Report for Klinge Corporation (undated)

14. Technical Evaluation Report for Sea Box, Inc.(undated)

15. Past Performance Report for Klinge Corporation with supporting documentation (undated).

16. Past Performance Report for Sea Box, Inc. (undated).

17. Contract No. M67854-07-D5060 awarding Solicitation No. M67854-07-R-5060 to Sea Box, Inc. (July 12, 2007).

18. GAO Protest filed by of Klinge Corporation B-309930 (July 30, 2007).

19. Dismissal of B-309930 by the GAO and Notice of Corrective Action from USMC (August 8 & 27, 2007).

20. USMC questions submitted to Klinge Corporation and response from Kling Corporation (September 6 & 13, 2007).

21. USMC questions submitted to Sea Box, Inc. and response from Sea Box, Inc.(September 6 & 12, 2007).

22. Request for Final Proposal Revision to Klinge Corporation and Klinge Corporation's Final Proposal Revision (September 18 & 21, 2007).

23. Request for Final Proposal Revision to Sea Box, Inc. and Sea Box, Inc.' Final Proposal Revision (September 18 & 20, 2007).

24. Source Selection Evaluation Team Final Findings and Results Large Field Refrigeration Systems (October 9, 2007).

25. Contracting Officer's Business Clearance Memorandum (October 15, 2007).

26. Amendment No. 1 to Contract No. M67854-07-D-5060 (October 18, 2007)

27. Source Selection Decision (October 18, 2007).

28. Purchase Order No. 0002 to Contract No. M67854-07-D-5060 (October 23, 2007).

29. Amendment No. 01 to No. M67854-07-D-5060-0001 (October 23, 2007).

30. Debrief to Klinge Corporation (November 2, 2007).

31. GAO Protest filed by Klinge Corporation, B-309930.2 (November 6, 2007).

32. GAO First Supplemental Protest filed hy Klinge Corporation, B-309930.2 (November 26, 2007).

33. Agency Report without enclosures (December 10, 2007).

34. Comments on Agency Report filed by Klinge Corporation (December 20, 2007)

35. Comments on Agency Report filed by Sea Box, Inc.(December 24, 2007).

36. Supplemental Agency Report filed in response to request of GAO Attorney Mr. David Ashen with enclosures (January 14, 2008).

37. Comments on Supplemental Agency filed by Klinge Corporation (January 17, 2008).

38. Questions from GAO submitted to Klinge Corporation and response filed by Klinge Corporation (January 22 & 23, 2008).

39. Agency response to Klinge Corporation's January 23, 2008 response to GAO questions (January 24, 2008).

40. Declaration of Mr. David Ingold, Esquire in response to request from GAO Attorney Mr. David Ashen (January 24, 2008).

41. Contracting Officer Statement (January 29, 2008).

42. Klinge Corporation's response to Contracting Officer Statement with exhibits (January 30, 2008).

43. Agency Response to Klinge Corporation's January 30, 2008 response to Contracting Officer Statement (January 31, 2008).

44. Response by Klinge Corporation's to Agency's January 31, 2008 comments (February 1, 2008).

45. GAO Decision denying Klinge Corporation's protest on all grounds. (February 13, 2008).