# In the United States Court of Federal Claims

**08-134 C**

**Filed: March 11, 2008**

**KLINGE CORPORATION,**

**v.**

**THE UNITED STATES**

**ADMINISTRATIVE RECORD**
**(filed in CD Format)**
**FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.