# In the United States Court of Federal Claims

No. 08-134C
(Filed: March 13, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The clerk is directed to designate Richard P. Rector as the attorney of record for plaintiff in this action.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge