**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| Klinge Corporation,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 1:08-cv-00134-EGB |

**MOTION FOR LEAVE TO ENTER APPEARANCE AS INTERVENOR**

1. Sea Box, Inc. [“Sea Box”], 802 Industrial Highway, East Riverton, New Jersey 08077, a New Jersey corporation, through its undersigned counsel, hereby submits this Motion for Leave by the Court to enter its appearance as an intervenor in this matter.

2. Sea Box is the recipient of contract M67854-07-D-5060 representing award of the United States Marine Corps Systems Command solicitation M67854-07-R-5060. Sea Box had been identified by the United States Marine Corps Systems Command as the successful offeror under the solicitation.

3. Plaintiff Klinge Corporation requested various forms of relief from the Court, which, if granted, would be adverse to Sea Box’s interests, including, *inter alia*, potential loss of its contract M67854-07-D-5060 and the existing delivery orders issued thereunder.

4. The undersigned counsel is employed by Sea Box as its Director of Contracts.

5. Sea Box respectfully requests that the Court grant this Motion.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor