**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| Klinge Corporation,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 1:08-cv-00134-EGB |

**MOTION FOR ENTRY OF APPEARANCE AS INTERVENOR**

1. Sea Box, Inc. ["Sea Box"], 802 Industrial Highway, East Riverton, New Jersey 08077, a New Jersey corporation, through its undersigned counsel, hereby submits this Motion for Entry of Appearance as Intervenor in this matter.

2. Sea Box respectfully requests that the Court grant this Motion.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor