# In the United States Court of Federal Claims

No. 08-134C
(Filed: April 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is Sea Box, Inc.'s motion to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"). Sea Box is the successful offeror of the underlying procurement at issue in this protest. Accordingly, pursuant to RCFC 24(a)(2), the motion to intervene is granted.

The requirement under RCFC 24(c) to file a responsive pleading setting forth the intervenor's claim or defense is waived as unnecessary due to the procedural posture of the case.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge