**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-134C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

On March 19, 2008, this Court remanded this matter to the United States Marine Corps ("agency") to further evaluate whether SeaBox, Inc. ("Seabox") and Klinge Corporation ("plaintiff") were in compliance with the Trade Agreements Act (TAA), 19 U.S.C. §§ 2501 *et. seq*. (2000). That order, in pertinent part, directed the agency to complete the following:

> [O]btain from Sea Box a written explanation of the entire process of manufacturing, assembly, and testing of its refrigerated containers sufficient for the agency to adequately assess compliance.... the agency must provide plaintiff with an opportunity to supplement its TAA certification/explanation as well. Upon receipt of the response(s), the agency shall re-evaluate its prior procurement decision with respect to Sea Box and plaintiff's compliance with the TAA. The agency is ordered to set a schedule that permits it to evaluate the certifications/explanations of these two offerors and issue a supplemental decision on or before April 2, 2008. The agency is directed to timely supplement the administrative record with documents that reflect and are relevant to the response(s) and the agency's supplemental decision. In addition, the agency is directed to furnish that supplementation to these two offerors electronically by close of business on the date of issuance of its decision. Plaintiff is directed to file a written response to the agency's supplemental decision on or before April 7, 2008, indicating whether it wishes to pursue this bid protest.

Although the agency complied with this order on April 2, 2008, it now believes it has not had sufficient information from both plaintiff and Seabox and respectfully requests this Court to stay proceedings until and including April 19, 2008. The Agency will seek additional

information from the parties about their respective compliance with the TAA and will set a schedule that permits it to evaluate the explanations of these two offerors and issue a supplemental decision on or before April 14, 2008.

Defendant proposes that plaintiff be afforded four (4) days to file a written response to supplemental decision on or before April 19, 2008. If necessary, the parties will appear before the Court on April 22, 2008 at 10:00am to discuss any outstanding issues in this matter.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a stay until April 19, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt
KIRK MANHARDT
Assistant Director

s/Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
National Courts Section
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

April 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 7th day of April, 2008, a copy of the foregoing

"DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek