# In the United States Court of Federal Claims

No. 08-134C
(Filed: April 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is the government's unopposed motion to stay proceedings in order to further evaluate whether SeaBox, Inc. ("Seabox") and Klinge Corporation ("plaintiff") were in compliance with the Trade Agreements Act (TAA), 19 U.S.C. §§ 2501 *et. seq*. (2000).

The motion recites that the agency complied with the remand order of March 19 to further investigate the bidder's compliance with the TAA, and it filed its supplemental decision on April 2, 2008, but "it now believes it has not had sufficient information from both plaintiff and Seabox and respectfully requests this Court to stay proceedings until and including April 19, 2008. The Agency will seek additional information from the parties about their respective compliance with the TAA and will set a schedule that permits it to evaluate the explanations of these two offerors and issue a supplemental decision on or before April 14, 2008."

For good cause shown, the court grants the motion, defers plaintiff's obligation to file its response to the supplemental decision until further order, and cancels the oral argument currently scheduled for April 10, 2007. Accordingly, defendant will file its supplemental decision on or before April 14, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge