# In the United States Court of Federal Claims

No. 08-134C
(Filed: April 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

In light of the second supplement to the Administrative Record filed on April 14, 2008, a telephonic status conference to discuss further proceedings in this case is scheduled for Thursday, April 17, 2008, at 4:00 pm EST. The call will be placed from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge