# In the United States Court of Federal Claims

No. 08-134C
(Filed: April 17, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

SEA BOX, INC.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on April 17, 2008. Pursuant to the representations made by the parties and for the reasons stated on the record, the following is ordered:

1. Plaintiff shall file its amended complaint on or before April 21, 2008.

2. Plaintiff shall file a motion for judgment on the administrative record on or before April 30, 2008.

3. Defendant and intervenor shall file their cross motions and responses on or before May 12, 2008.

4. Plaintiff may file a reply to defendant's response on or before May 19, 2008.

5. Oral argument on the cross motions will be held on the record by telephone on May 27, 2008, at 10:00 am EST.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge