**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **KLINGE CORPORATION** | ) | |
| **Plaintiff,** | ) | **No. 08-134C** |
| **v.** | ) | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **SEA BOX, INC.** | ) | |
| **Defendant-Intervenor.** | ) | |

**MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiff, Klinge Corporation ("Klinge"), by its undersigned counsel, respectfully moves for judgment on the Administrative Record pursuant to Rule 52.1 on all Counts set forth in Klinge's First Amended Complaint, which include:

**Count I** – Misapplication Of The Trade Agreements Act To CLIN 0001 (LFRS);

**Count II** – Award Of The Contract Based Upon A Material Misrepresentation Concerning CLIN 0001 (LFRS);

**Count III** – Prejudicially Unfair Discussions;

**Count IV** – Misapplication Of The Trade Agreements Act To CLIN 0003 (2-Year Spare Parts Package); and

**Count V** – Award Of the Contract Based Upon A Material Misrepresentation Concerning CLIN 0003 (2-Year Parts Support Package).

By way of relief, Klinge seeks a Declaratory Judgment finding that: (a) the award of the protested Contract to Sea Box, Inc. ("the awardee") by U.S. Marine Corps Systems Command ("the agency") was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; and (b) Sea Box was ineligible for award and should be excluded from the competition. Klinge also seeks an order directing the agency to award the protested Contract to Klinge, as it is plainly next in line for award. Klinge also seeks a Permanent Injunction enjoining the agency from accepting any further performance under the Contract from Sea Box and from taking any procurement actions in connection with the protested Contract inconsistent with the Declaratory Judgment entered by the Court.

In support of this Motion, Klinge has filed herewith a Statement Of Facts and a Memorandum Of Points And Authorities.

WHEREFORE, Klinge respectfully requests that the Court grant its Motion For Judgment On The Administrative Record.

Respectfully Submitted,

Dated: April 30, 2008

By: ______________________

Richard P. Rector
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Counsel for Plaintiff

Of Counsel:

Seamus Curley
Samuel B. Knowles
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **KLINGE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08-134C** |
| | ) | |
| | ) | **Judge Eric C. Bruggink** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **SEA BOX, INC.** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |
| | ) | |

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on the 30th of April, 2008, a copy of the foregoing Motion For Judgment On The Administrative Record was filed electronically under seal. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system; however Sea Box, Inc., the Intervener, and its representative in these proceedings, Robert Farber, J.D., should not have access to the Statement Of Facts or the Memorandum of Points and Authorities. Mr. Farber will be furnished with a redacted version of the these documents pursuant to the Protective Order entered by the Court.