**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION** | |
| **Plaintiff,** | **No. 08-134C** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant.** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Defendant-Intervenor** | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 7, 2008, a copy of **a Motion for Enlargement of Time** on behalf of Sea Box, Inc. was electronically filed. I understand that notice of such filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access such filing through the Court's system.

Respectfully Submitted,

s/Robert A. Farber

Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor