# In the United States Court of Federal Claims

No. 08-134C
(Filed: May 9, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

SEA BOX, INC.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is Intervenor's May 7, 2008 motion for an enlargement of time to file its response to Plaintiff's Motion for Judgment on the Administrative Record. Intervenor asks for an extension until May 19, 2008, to file its response and cross-motion. Plaintiff opposes the extension.

We are cognizant of intervenor's concern for potential prejudice resulting from its relatively late receipt of redacted copies of the amended complaint and motion for judgment. Balancing against those concerns is the need for expeditious resolution of the protest. Therefore, we grant the motion for an enlargement in part. The briefing schedule is amended as follows:

1. Defendant and intervenor shall file their cross-motions and responses on or before May 15, 2008.

2. Plaintiff may file a reply on or before May 21, 2008.

Oral argument will remain scheduled for May 27, 2008, at 10:00 am EST.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge