**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION,** | |
| **Plaintiff,** | **No. 08-134C** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Intervenor** | |

**MOTION TO CORRECT TRANSCRIPT**

1. Sea Box, Inc. [“Sea Box”], through its undersigned counsel, respectfully moves for corrections to the transcript of the April 17, 2008 teleconference conducted by the Court with the parties.

2. The transcript was filed by the Court in this matter as Document 28.

3. Sea Box believes that the following changes represent the actual language and identification of the participants as reflected in the Court's official digital recording of the aforementioned teleconference. Italics have been used only for identification in this Motion; the words and names identified herein below did not appear in italics in the original transcript, and neither should the corrections.

4. On page 7, line 20, change the word *"up"* to *"out."*

5. On page 11, line 15, change the words *"that part"* to *"spare parts."*

6. On page 11, lines 22 and 23, change the words *"how our proposal was issued"* to *"our final proposal revision."*

7. On page 12, line 3, insert the word *"Carrier"* after the word *"supplier."*

8. On page 12, line 20, change the words *"is the Intervenor's"* to *"was an intervening."*

9. On page 13, line 23, change the words *"really the"* to *"an intervening."*

10. On page 24, line 20, change the word *"amendment"* to *"or merely."*

11. On page 30, line 8, change *"Mr. Rector"* to *"Mr. Krafcheck."*

12. On page 30, lines 9, 15, 17 and 23, change *"Mr. Krafchek"* to *"Mr. Rector."*

13. On page 31, line 20, change *"Mr. Farber"* to *"Mr. Krafchek."*

14. On page 31, line 23, change the word *"state"* to *"stayed."*

15. Sea Box respectfully requests that the Court grant this Motion.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION,** | |
| **Plaintiff,** | **No. 08-134C** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Intervenor** | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 12, 2008, a copy of the foregoing was filed electronically. I understand that notice of such filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access such filing through the Court's system.

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor