**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-134C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEA BOX, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION SEEKING LEAVE OUT OF TIME**

Defendant, the United States, seeks leave to file its reply to plaintiff's response out of time. Pursuant to this Court's May 9, 2008 order, defendant's reply was due on May 15, 2008. Defendant's brief was ready to file on May 15, 2006; however, it appears that the Government's reply brief was never filed. It was not until the morning of May 16, 2008 that counsel for the United States was made aware that there was a problem with the filing of the defendant's brief. Upon a review of PACER, defendant now believes that the reply brief was not received by the Court. Counsel for the defendant has conferred with counsel for the plaintiff and intervenor and they do not object to this motion. Counsel for intervenor has not responded to a telephone call Accordingly, the United States respectfully requests that the Court grant defendant's motion to file defendant's motion for judgment upon the administrative record and opposition to plaintiff's motion for judgment upon the administrative record out of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

OF COUNSEL:
James B. McCloskey
Associate Counsel
Marine Corps Systems Command
2200 Lester Street
Quantico, Virgina 22134-6050

May 16, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of May, 2008, a copy of the foregoing "DEFENDANT'S MOTION SEEKING LEAVE TO FILE OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek