**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION,** | |
| **Plaintiff,** | **No. 08-134C** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Intervenor.** | |

# <u>MOTION FOR POSTPONEMENT OF ORAL ARGUMENT</u>

1. Sea Box, Inc. ["Sea Box"], through its undersigned counsel, respectfully moves for postponement of the oral argument presently scheduled by the Court for 10:00am on May 27, 2008.

2. A sealed ***Motion for Judgment on the Record*** [Document 40] was filed by Defendant on May 16, 2008. A sealed ***Response to Motion for Judgment on the Record and in Opposition to Defendant and Intervenor's Cross-Motions*** [Document 42] was filed by Plaintiff on May 21, 2008.

3. Sea Box received a redacted copy of Defendant's Motion on May 23, 2008. Sea Box has not yet received a redacted copy of Plaintiff's Response to Motion.

4. Because of the impending three-day Memorial Day holiday weekend and pre-existing obligations of the undersigned and of Sea Box's management and officers, Sea Box would have insufficient time to review and discuss the aforementioned documents so that it could be adequately prepared to participate in the scheduled oral argument.

5. Therefore, Sea Box requests that the oral argument be postponed for two days, that is, until Thursday, May 29, 2008, or until such date and time as the Court will permit.

6. Sea Box is aware of the need to expeditiously resolve the protest and of the other parties' own competing personal and/or professional obligations, but nonetheless respectfully requests that the Court consider Sea Box's obvious disadvantage under the circumstances. The compression of time which has resulted in the present delay of redacted document availability is a follow-on consequence of Sea Box's prior late receipt of other redacted documents in this case.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION,** | |
| **Plaintiff,** | **No. 08-134C** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Intervenor.** | |

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on May 23, 2008, a copy of the foregoing was filed electronically. I understand that notice of such filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access such filing through the Court's system.

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor