# In the United States Court of Federal Claims

No. 08-134C
(Filed: May 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

SEA BOX, INC.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on the parties' cross-motions for judgment on the administrative record has been rescheduled for Thursday, May 29, 2008, at 10:00 am EST. Counsel for all parties shall participate by telephone. The call will be initiated by chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge