# In the United States Court of Federal Claims

No. 08-134C
(Filed: May 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

SEA BOX, INC.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are the parties' cross-motions for judgment on the administrative record. Oral argument was held on May 29, 2008. Also pending are plaintiff's two unopposed motions to supplement the administrative record and intervenor's unopposed motion to correct the transcript of the status conference held on April 17, 2008.

For the reasons stated on the record at the conclusion of oral argument, the following is ordered:

1. Plaintiff's two motions to supplement the administrative record and intervenor's motion to amend the transcript are granted.

2. Plaintiff's Motion for Judgment on the Administrative Record is granted.

3. Defendant's and Intervenor's cross-motions for judgment on the administrative record are denied.

4. The agency is ordered to terminate the contract awarded to Sea Box under Request for Proposals No. M67854-07-R-5060.

An opinion more fully detailing the reasons for granting plaintiff's motion will be filed shortly.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge