# In the United States Court of Federal Claims

**No. 08-134 C**

**KLINGE CORPORATION,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**SEA BOX, INC.,**
**Intervenor.**

Pursuant to the court's Opinion and Order, filed June 5, 2008, granting plaintiff's motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the award to Sea Box was arbitrary, capricious, and not in accordance with law. The Marine Corps is enjoined from accepting further performance of the contract with Sea Box and is directed to terminate the contract to Sea Box. Costs to plaintiff.

John S. Buckley
Acting Clerk of Court

**June 5, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.