# In the United States Court of Federal Claims

No. 08-134C
(Filed: July 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

SEA BOX, INC.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's Partially Unopposed Motion for Leave of Court to Release to the Government Accountability Office Tabs 46-51 of the Administrative Record filed on July 11, 2008. Defendant does not oppose the motion. For good cause shown, the motion is granted.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge