**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-134C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEA BOX, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR THE AWARD OF FEES AND OTHER EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including August 18, 2008, to file a response to plaintiff's application for the award of fees and other expenses pursuant to the Equal Access To Justice Act ("EAJA application"). Our response is currently due on August 11, 2008. This is defendant's second request for an enlargement of time for this purpose. Counsel for defendant has spoken with counsel for plaintiff and he has no objection to this motion for enlargement of time.

The enlargement is requested because counsel of record for defendant is currently actively representing the United States in the bid protest of Femme Comp, Inc, Technical and Project Engineering, LLC. L-3 Service Inc., Data Systems Analysts, Inc., and Bearing Point v. United States, Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C before this Court.

Although counsel of record has been working diligently to complete the defendant's response to plaintiff's EAJA application, it will take approximately one more week to finalize our response. Counsel of record apologizes for any inconvenience or hardship this may have caused the Court.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time of seven days, to and including August 18, 2008, within which to file a response to the plaintiff's EAJA application.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

Attorneys for Defendant

OF COUNSEL:
Brent Curtis
Associate Counsel
Marine Corps Systems Command
2200 Lester Street
Quantico, Virgina 22134-6050

August 11, 2008

CERTIFICATE OF FILING

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR THE AWARD OF FEES AND OTHER EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek